1  NA'IL BENJAMIN, ESQ., (SBN 240354)
   BENJAMIN LAW GROUP, P.C.
2  101 California Street, Suite 2710
   San Francisco, California 94111
3  Telephone: (415) 633.8833
   Facsimile:  (415) 349.3334
4  nbenjamin@benjaminlawgroup.com

5  Attorney for Plaintiffs
   JONA TRBOVICH and SHONDA SANTOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JONA TRBOVICH, an individual; and SHONDA SANTOS, an individual, | CASE NO.: 5:14-cv-03830-BLF |
| Plaintiffs, | Assigned to Hon. Beth Labson Freeman [Related Case: 5:14-cv-03830-BLF] |
| v. | |
| COUNTY OF SANTA CLARA, a public entity, DOUGLAS ULRICH, an individual, and MICHAEL MORIN, an individual, | STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE TO FEBRUARY 19, 2015 |
| Defendants. | Complaint Filed:  August 25, 2014<br>**Trial Date:  None** |

Pursuant to Local Rules 7-11 and 7-12, the Parties jointly request a court order continuing the currently scheduled Case Management Conference from January 22, 2015, to February 19, 2015.

The Parties have previously extended the time for Defendants to answer Plaintiffs' complaints. *Id*. This approach will allow the Parties to attend the Case Management Conference without Plaintiff's counsel violating a court order, and to further meet and confer in preparation for filing a Joint Case Management Statement and discussing an appropriate discovery schedule in advance of the Conference.

Respectfully submitted,

Dated: January 9, 2015

/s/ Na'il Benjamin
Na'il Benjamin
Attorneys for Plaintiff

Respectfully submitted,

Dated: January 9, 2015

GREGORY J. CHARLES
OFFICE OF THE COUNTY COUNSEL

/s/ Gregory J. Charles

GREGORY J. CHARLES
County Counsel

## ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

The currently scheduled Case Management Conference is continued from January 22, 2015, to February 19, 2015.

Dated: 1/12/2015

*/s/ Beth Labson Freeman*
**Judge Beth Labson Freeman**
U.S. DISTRICT COURT JUDGE

2
CASE NO. 14-CV-03830  STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE