1 | JESSE F. RUIZ [SBN. 77984]
   |   *jfr@robinsonwood.com*
2 | ROBINSON & WOOD, INC.
   | 227 N 1st Street
3 | San Jose, California  95113
   | Telephone:   (408) 298-7120
4 | Facsimile:   (408) 298-0477

5 | Attorneys for MICHAEL MORIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JONA TRBOVICH, an individual; and SHONDA SANTOS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SANTA CLARA, a public entity, DOUGLAS ULRICH, an individual, and MICHAEL MORIN, an individual, <br><br> Defendants. | Case No. 14-CV-03830-BLF <br><br> **APPLICATION AND CONSENT FOR ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> Judge:   Hon. Beth Labson Freeman <br> Ctrm.:   3, 5th Floor <br><br> Trial Date:   5/2/2016 |

TO:   ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD

Notice is hereby given that, subject to approval by the Court, that MICHAEL MORIN substitutes Jesse F. Ruiz, State Bar No. 77984 and Robinson & Wood, Inc., as counsel of record in place of Orry P. Korb, Karl A. Sandoval and Gregory J. Charles, Office of the County Counsel, 70 West Hedding St., 9th Fl., East Wing, San Jose, CA  95110.

Contact information for new counsel is as follows:

> Jesse F. Ruiz
> Robinson & Wood, Inc.
> 227 North First Street
> San Jose, CA  95113
> Telephone:  (408) 298-7120
> Facsimile:  (408) 298-0477
> Email:  jfr@robinsonwood.com

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

1036918

I consent to the above substitution.

Dated: November 12, 2015

By: */s/Michael Morin*
    MICHAEL MORIN

I consent.

Dated: November 12, 2015      OFFICE OF THE COUNTY COUNSEL

By: /s/*Karl A. Sandoval*
    ORRY P. KORB
    KARL A. SANDOVAL
    GREGORY J. CHARLES
Attorneys for COUNTY OF SANTA CLARA, DOUGLAS ULRICH

I consent.

Dated: November 12, 2015      OFFICE OF THE COUNTY COUNSEL

By: /s/*Gregory J. Charles*
    ORRY P. KORB
    KARL A. SANDOVAL
    GREGORY J. CHARLES
Attorneys for COUNTY OF SANTA CLARA, DOUGLAS ULRICH

I consent.

Dated: November 12, 2015      ROBINSON & WOOD, INC.
By:

/s/*Jesse F. Ruiz*
    JESSE F. RUIZ

### ORDER GRANTING SUBSTITUTION OF ATTORNEY

The substitution of attorney is hereby approved and so ORDERED.

DATED: November FH, 2015      *[signature: Beth Labson Freeman]*