1

2

3                    **UNITED STATES DISTRICT COURT**

4                   **NORTHERN DISTRICT OF CALIFORNIA**

5                            **SAN JOSE DIVISION**

6

7    JONA TRBOVICH, et al.,                    Case No.   14-cv-03830-BLF

          Plaintiffs,
8
                                               **ORDER GRANTING MOTION TO**
9         v.                                   **CHANGE TRIAL**

10   COUNTY OF SANTA CLARA, et al.,            [Re: ECF 33]

          Defendants.
11

12

13        Before the Court is Defendant Michael Morin's Motion to Change Trial and Other

14   Scheduled Dates. ECF 33. Morin proposed October 31, 2016 as an alternative date. *Id.* The other

15   defendants in this case, County of Santa Clara and Douglas Ulrich ("County Defendants"), joined

16   in the Motion, ECF 36, and Plaintiffs opposed, ECF 37. On January 21, 2016, the Court heard oral

17   argument on the Motion. For the reasons stated on the record and below, Defendants' Motion to

18   Change Trial Date and Other Scheduled Dates is GRANTED.

19        Defendants have demonstrated good cause for continuing the trial and Plaintiffs have failed

20   to establish prejudice. Counsel for Morin was substituted in on November 13, 2015 and learned

21   shortly thereafter that Plaintiffs had unilaterally set dates for fourteen depositions, all in December

22   and none of which were available on his calendar. *Id.* at 4-5. In addition, depositions of Plaintiffs

23   have not yet been completed. *Id.* at 5. Though Plaintiffs argue that continuing the trial date would

24   "create[] substantial prejudice to both Plaintiffs," one of whom is working minimum wage jobs to

25   make end meets while she awaits the trial, Plaintiffs additionally note that they have yet to receive

26   the document discovery they need for trial, much less complete any depositions. Opp. at 3. Thus,

27   the Court finds that a continuance would not result in prejudice to the Plaintiffs. *See* Fed. Rule

28   Civ. Pro. 16(b)(4).

*United States District Court*
*Northern District of California*

1        Accordingly, the Court CONTINUES the trial and other scheduled dates as follows:

| EVENT | DATE OR DEADLINE |
|---|---|
| Last Day to Hear Dispositive Motions | 07/28/2016 at 9:00 am |
| Final Pretrial Conference | 10/13/2016 at 1:30 pm |
| Trial | 10/31/2016 at 9:00 am |

County Defendants also ask the Court to appoint a special master to resolve a number of discovery disputes. *See* County Defendants' Reply at 13. The disputes themselves are not before the Court on this Motion. At the hearing, the parties agreed to meet and confer regarding the employment of, method for selecting, and plan for funding a special master, as well as a revised schedule regarding discovery to trial. The Court ORDERS the parties to provide a brief, joint statement of no more than 5 pages advising the Court of the results of this meet and confer by no later than February 4, 2016.

**IT IS SO ORDERED.**

Dated: January 21, 2016

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

2