UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JONA TRBOVICH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case No.  14-cv-03830-BLF<br><br>**ORDER RE CASE MANAGEMENT CONFERENCE STATEMENTS**<br><br>[Re: 50, 53] |

Having reviewed the parties' separately-submitted case management statements, ECF 50, 53, the Court is unable to glean whether or not the parties have reached an agreement regarding their choice for a special master for discovery. Based on the submissions, the Court does presume that the parties have reached agreement regarding funding for a special master.

The Court therefore ORDERS the parties to each propose three individuals to the other side, and to then exclude two of the three options from the list they receive. The name of the remaining candidates, one from each side, must be submitted to the Court along with his/her CV and an assurance that s/he is willing to serve as special master by no later than **February 10, 2016**. If, in reviewing this Order, the parties reach an agreement, they may alert the Court by no later than February 10, 2016 that they are proceeding on that agreement.

**IT IS SO ORDERED.**

Dated: February 5, 2016

_____
BETH LABSON FREEMAN
United States District Judge