ORRY P. KORB, County Counsel (S.B. #114399)
KARL A. SANDOVAL, Lead Deputy County Counsel (S.B. #170190)
GREGORY J. CHARLES, Deputy County Counsel (S.B. #208583)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA
AND DOUGLAS ULRICH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONA TRBOVICH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SANTA CLARA, et al. <br><br> Defendants. | No.  14-CV-03830 BLF <br><br> [~~PROPOSED~~] ORDER APPOINTING HON. JAMES LARSON (RET.) AS SPECIAL MASTER |

On February 10, 2016, the parties filed a Case Management Conference statement indicating their agreement to the appointment of Hon. James A. Larson (Ret.) as special master to resolve all pending and future discovery disputes in this matter. Based upon the agreement of the parties and good cause appearing,

IT IS ORDERED that the Hon. James A. Larson (Ret.) is appointed as special master in this case pursuant to Fed. R. Civ. Proc. 53(a)(1)(A) and ADRLR 8-1(c) to resolve all pending and future discovery disputes in this matter in this case; and

IT IS FURTHER ORDERED that the costs shall be borne equally by both sides.

Dated:  February 24, 2016                                     _____
                                                              HON. BETH LABSON FREEMAN
                                                              UNITED STATES DISTRICT JUDGE